UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARLONZO J. BANKS,

    Plaintiff,

v.

R. LAGUNA, et al.,

    Defendants.

Case No. 23-cv-01304-JCS (PR)

**ORDER OF TRANSFER**

All named defendants in this 42 U.S.C. § 1983 were at the time of the events giving rise to plaintiff's claims employees of CSP-Sacramento, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). Plaintiff may file a separate civil rights action in the Northern District regarding his claims against the Doe defendants at Salinas Valley State Prison.

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May 9, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge